**Opinion issued April 9, 2024**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-23-00941-CV

————————————

### JENNIFER KOTT-LOONEY, Appellant

### V.

### SUSAN MICHELLE AIELLO, Appellee

---

### On Appeal from the 234th District Court
### Harris County, Texas
### Trial Court Case No. 2023-52729

---

### MEMORANDUM OPINION

Appellant Jennifer Kott-Looney has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the

Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.